**Order entered September 9, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00321-CR

### KAMRON MICHAEL BELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F20-76596-M

## ORDER

Before the Court is the September 8, 2022 request of court reporter Belinda G. Baraka for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **October 10, 2022**.

/s/    ERIN A. NOWELL
        JUSTICE